**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABUDUKADIER KAZIMU,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-04283-JDW** |
| | : | |
| **MUNICIPAL COURT OF** | : | |
| **PHILADELPHIA COUNTY, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 8th day of October, 2026, upon consideration of Plaintiff Abudukadier Kazimu's Motion to Proceed *In Forma Pauperis* it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915 for the reasons stated in the accompanying Memorandum, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that, for the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED** as follows:

1. All federal claims against the Municipal Court of Philadelphia County and the Philadelphia Department of Prisons are **DISMISSED WITH PREJUDICE**, and the Clerk of Court shall **TERMINATE** these Defendants from the docket for this case;

2. All other federal claims are **DISMISSED WITHOUT PREJUDICE**; and

3. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is **FURTHER ORDERED** that Mr. Kazimu may file an amended complaint on or before November 6, 2026, only as to those claims that I have dismissed without prejudice. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Kazimu's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Kazimu should be mindful of my reasons for dismissing the claims in his initial Complaint as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk of Court shall send Mr. Kazimu a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mr. Kazimu may use this form to file his amended complaint if he chooses to do so.

If Mr. Kazimu does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court on or before November 6, 2026, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case. If Mr. Kazimu fails to file any response to this Order, I will conclude

that Mr. Kazimu intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**